AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF DELAWARE _____

**SUMMONS IN A CIVIL CASE**

RONNIE L. HATCHER, individually and
on behalf of all others similarly situated,

V.                                    CASE NUMBER:      05-208

PFIZER INC., PHARMACIA CORP. and
G.D. SEARLE & CO.

TO: (Name and address of defendant)

Pharmacia Corporation
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. Goddess, Esquire (No. 630)
Rosenthal, Monhait, Gross &
 Goddess, P.A.
P. O. Box 1070
Wilmington, DE  19899-1070

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                         APR 1 1 2005
_____       _____
CLERK                                   DATE

_Evette Waters_ (signature)
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____
_____

☐ Returned unexecuted: _____
_____
_____

☒ Other (specify): <u>Served The Corporation Trust Company on April 11, 2005 at 10:10 a.m., by leaving copies with Mr. Brian Penrod, as registered agent for Pharmacia Corporation.</u>

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>4/11/2005</u>                    <u>[signature]</u>
           Date                                    Signature of Server

<u>Wilmington, DE</u>
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.