**BR&B**

**Barrack, Rodos & Bacine**
A Partnership Including Professional Corporations
Attorneys At Law
www.barrack.com

Leonard Barrack
Gerald J. Rodos
Daniel E. Bacine
William J. Ban'
Jeffrey A. Barrack
Stephen R. Basser*
Regina M. Calcaterra"
Chad A. Carder**
Jeffrey B. Gittleman**
Jeffrey W. Golan
John L. Hacussler*
Robert A. Hoffman**
M. Richard Komins
Lisa M. Lamb
Marisa C. Livesay*
Leslie Bornstein Molder
Mark R. Rosen***
Beth R. Targan
Pearlette V. Toussant
Samuel M. Ward*

Of Counsel
Sheldon L. Albert
Donald C. Moss'

Admitted in PA, except:
*   Admitted in CA
**  Also admitted in NJ
*** Also admitted in CA & NJ
†   Admitted in NY
"   Also admitted in NY

Main Office
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
215.963.0600
215.963.0838 Fax

California Office
402 West Broadway
Suite 850
San Diego, CA 92101
619.230.0800
619.230.1874 Fax

New Jersey Office
14 Kings Highway West
Third Floor
Haddonfield, NJ 08033
856.354.0707
856.354.9404 Fax

New York Office
170 E. 61st Street
Second Floor
New York, NY 10021
212.688.0782
212.688.0783 Fax

April 18, 2005



Clerk of the United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   **Hatcher v. Pfizer, Inc.** (No. 05-Civ-00208)

Dear Sir/Madam:

Enclosed for filing on behalf of ASEA/AFSCME Local 52 Health Benefits Trust ("ASEA/AFSCME Local 52") which is a plaintiff in *ASEA/AFSCME Local 52 Health Benefits v. Pfizer, Inc.*, No. 05 CV 3803 (LTS) (S.D.N.Y.) (an action that ASEA/AFSCME Local 52 proposes be consolidated with the above-referenced case) a copy of the following documents:

1.   Plaintiff ASEA/AFSCME Local 52 Health Benefits Trust's Motion for Transfer and Consolidation of Related Actions to the Southern District of New York pursuant to 28 U.S.C. §1407;

2.   Plaintiff ASEA/AFSCME Local 52 Health Benefits Trust's Memorandum of Law in Support of its Motion for Transfer and Consolidation of Related Actions to the Southern District of New York pursuant to 28 U.S.C. §1407; and

3.   Certificate of Service.

Copies of these documents have also been filed with The Judicial Panel on Multidistrict Litigation and the United States District Court for the Southern District of New York.



Barrack, Rodos & Bacine

Clerk of the United States District Court
April 18, 2005
Page 2

Thank you for your consideration of this matter.

Respectfully submitted,

Pearlette V. Toussant

PVT/smk

Enclosures

cc:   Persons listed on Certificate of Service