

05- 208

# EXHIBIT 3

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| DELAWARE | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,797 | 1,362 | 2,028 | 1,004 | 1,303 | 1,033 | | |
| | Terminations | | 1,516 | 1,507 | 1,478 | 1,020 | 955 | 861 | | |
| | Pending | | 2,085 | 1,836 | 1,999 | 1,477 | 1,502 | 1,154 | | |
| | % Change in Total Filings | Over Last Year | | 31.9 | | | | | 5 | 2 |
| | | Over Earlier Years | | | -11.4 | 79.0 | 37.9 | 74.0 | 4 | 2 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months** | | .0 | 1.9 | 3.1 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 449 | 340 | 507 | 251 | 326 | 258 | 52 | 3 |
| | | Civil | 414 | 306 | 462 | 233 | 307 | 240 | 29 | 3 |
| | | Criminal Felony | 29 | 25 | 38 | 18 | 19 | 18 | 91 | 6 |
| | | Supervised Release Hearings** | 6 | 9 | 7 | - | - | - | 90 | 4 |
| | Pending Cases | | 521 | 459 | 500 | 369 | 376 | 289 | 20 | 2 |
| | Weighted Filings** | | 534 | 424 | 516 | 379 | 389 | 320 | 31 | 1 |
| | Terminations | | 379 | 377 | 370 | 255 | 239 | 215 | 64 | 4 |
| | Trials Completed | | 19 | 23 | 18 | 16 | 19 | 13 | 47 | 2 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 9.1 | 8.3 | 9.8 | 8.0 | 6.6 | 6.0 | 68 | 2 |
| | | Civil** | 14.0 | 11.2 | 8.2 | 12.6 | 10.9 | 11.5 | 93 | 5 |
| | From Filing to Trial** (Civil Only) | | 26.0 | 24.0 | 22.5 | 21.0 | 24.0 | 19.7 | 58 | 3 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 65 | 66 | 99 | 77 | 70 | 38 | | |
| | | Percentage | 3.4 | 3.9 | 5.4 | 5.5 | 4.9 | 3.5 | 43 | 3 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.3 | 1.1 | 1.3 | 1.2 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 38.50 | 34.98 | 33.84 | 32.68 | 35.75 | 30.23 | | |
| | | Percent Not Selected or Challenged | 20.9 | 24.0 | 24.4 | 19.9 | 28.5 | 15.1 | | |

**2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE**

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1655 | 20 | 1 | 238 | 10 | 5 | 28 | 72 | 56 | 198 | 135 | 2 | 890 |
| Criminal* | 115 | 9 | 5 | 40 | - | 4 | 24 | ** | 2 | 19 | - | 6 | 6 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not
\** See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEW YORK SOUTHERN** | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | Numerical Standing | |
| | | | | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 12,422 | 12,321 | 13,937 | 12,783 | 11,564 | 15,106 | | |
| | Terminations | | 11,471 | 10,780 | 12,618 | 11,247 | 14,638 | 11,350 | | |
| | Pending | | 17,638 | 17,275 | 16,198 | 15,818 | 14,275 | 17,626 | | |
| | % Change in Total Filings | Over Last Year | .8 | | | | | | 52 | 3 |
| | | Over Earlier Years | | -10.9 | -2.8 | 7.4 | -17.8 | | 87 | 5 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months** | | 8.8 | 33.3 | 15.8 | .0 | 22.1 | 38.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 444 | 441 | 498 | 457 | 413 | 540 | 54 | 3 |
| | | Civil | 388 | 381 | 441 | 420 | 371 | 492 | 37 | 3 |
| | | Criminal Felony | 44 | 47 | 48 | 37 | 42 | 48 | 80 | 5 |
| | | Supervised Release Hearings** | 12 | 13 | 9 | - | - | - | 72 | 5 |
| | Pending Cases | | 630 | 617 | 579 | 565 | 510 | 630 | 11 | 3 |
| | Weighted Filings** | | 527 | 513 | 539 | 560 | 521 | 489 | 35 | 3 |
| | Terminations | | 410 | 385 | 451 | 402 | 523 | 405 | 57 | 3 |
| | Trials Completed | | 16 | 17 | 15 | 15 | 18 | 21 | 63 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 11.9 | 11.8 | 13.3 | 12.3 | 13.5 | 12.0 | 88 | 5 |
| | | Civil** | 8.1 | 8.4 | 8.3 | 7.2 | 5.2 | 9.0 | 23 | 2 |
| | From Filing to Trial** (Civil Only) | | 26.8 | 22.6 | 23.0 | 24.4 | 22.0 | 24.8 | 62 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 1,656 | 1,312 | 1,230 | 1,585 | 1,098 | 990 | | |
| | | Percentage | 11.6 | 9.2 | 9.2 | 12.1 | 9.5 | 6.6 | 83 | 4 |
| | Average Number of Felony Defendants Filed Per Case | | 1.7 | 1.5 | 1.5 | 1.6 | 1.7 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 88.01 | 82.96 | 83.28 | 73.12 | 60.55 | 52.58 | | |
| | | Percent Not Selected or Challenged | 53.1 | 54.8 | 61.9 | 53.2 | 54.0 | 47.4 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 10859 | 220 | 23 | 1251 | 68 | 44 | 919 | 1744 | 2340 | 808 | 1643 | 109 | 1690 |
| Criminal* | 1204 | 135 | 14 | 172 | 15 | 66 | 348 | ** | 18 | 330 | 4 | 9 | 93 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

## CERTIFICATE OF SERVICE

I, Pearlette V. Toussant, hereby certify that true and correct copies of Plaintiff ASEA/AFSCME Local 52 Health Benefits Trust's Motion for Transfer and Consolidation of Related Actions to the Southern District of New York pursuant to 28 U.S.C. §1407, Plaintiff ASEA/AFSCME Local 52 Health Benefits Trust's Memorandum of Law in Support of its Motion for Transfer and Consolidation of Related Actions to the Southern District of New York pursuant to 28 U.S.C. §1407, and the corresponding Certificate of Service were sent to the following, via Federal Express on April 18, 2005:

Jeffrey S. Goddess
Rosenthal, Monhait, Gross &
    Goddess, P.A.
Suite 1401, 919 Market Street
P.O. Box 1070
Wilmington, DE 19899-1070
Worldwide Headquarters
Attorneys for Plaintiffs in the *Hatcher* Action

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Attorneys for Plaintiffs in the *Hatcher* Action

Thomas M. Sobol
David S. Nalven
Hagens Berman Sobol Shapiro LLP
One Main Street, Fourth Floor
Cambridge, MA 02142
Attorneys for Plaintiffs in the *Hatcher* Action

Clerk of the Court
U.S. District Court
    for the Southern District of New York
500 Pearl Street
New York, NY 10007

Pfizer Inc.
235 E 42nd Street
New York, NY 10017-5755
Defendant

Pharmacia Corporation
100 Rte. 206 North
Peapack, NJ 07977
Defendant

G. D. Searle and Co.
1100 Kirk Street
Elk Grove Village, IL 60007
Defendant

Clerk of the Court
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Bldg.
844 N. King Street
Wilmington, DE 19801

Pearlette V. Toussant