*Barrack, Rodos & Bacine*

A Partnership Including Professional Corporations

**Attorneys At Law**
www.barrack.com



Leonard Barrack
Gerald J. Rodos
Daniel E. Bacine
William J. Ban'
Jeffrey A. Barrack
Stephen R. Basser*
Regina M. Calcaterra"
Chad A. Canler*'
Jeffrey B. Gittleman**
Jeffrey W. Golan
John L. Hacussler*
Robert A. Hoffman**
M. Richard Komins
Lisa M. Lamb
Marisa C. Livesay*
Leslie Bornstein Molder
Mark R. Rosen***
Beth R. Targan
Pearlette V. Toussant
Samuel M. Ward*

Of Counsel
Sheldon L. Albert
Donald C. Moss'

Admitted in PA, except
*    Admitted in CA
**   Also admitted in NJ
***  Also admitted in CA & NJ
'    Admitted in NY
"    Also admitted in NY

**Main Office**
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
215.963.0600
215.963.0838 Fax

**California Office**
402 West Broadway
Suite 850
San Diego, CA 92101
619.230.0800
619.230.1874 Fax

**New Jersey Office**
14 Kings Highway West
Third Floor
Haddonfield, NJ 08033
856.354.0707
856.354.9404 Fax

**New York Office**
170 E. 61st Street
Second Floor
New York, NY 10021
212.688.0782
212.688.0783 Fax

April 18, 2005

**VIA FEDERAL EXPRESS**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-2555, North Lobby
Washington, D.C. 20002-8004

Re:     **In re Bextra Marketing Litigation**          0 5 -    2 0 8

Dear Sir/Madam:

Enclosed for filing on behalf of Plaintiff ASEA/AFSCME Local 52 Health Benefits Trust are the originals and eleven (11) copies of the following documents:

1.    Plaintiff ASEA/AFSCME Local 52 Health Benefits Trust's Motion for Transfer and Consolidation of Related Actions to the Southern District of New York pursuant to 28 U.S.C. §1407;

2.    Plaintiff ASEA/AFSCME Local 52 Health Benefits Trust's Memorandum of Law in Support of its Motion for Transfer and Consolidation of Related Actions to the Southern District of New York pursuant to 28 U.S.C. §1407; and

3.    Certificate of Service.

Copies of these documents have also been filed with United States District Courts for the Southern District of New York and for the District of Delaware, the districts where the cases to be consolidated are currently pending.

Also enclosed is one 3 ½ inch disk with the above documents formatted in WordPerfect for Windows.



Clerk of the Panel
April 18, 2005
Page 2


Thank you for your consideration of this matter.

Respectfully submitted,

Pearlette V. Toussant

PVT/smk
Enclosures

cc:    Persons listed on Certificate of Service