**Barrack, Rodos & Bacine**
A Partnership Including Professional Corporations
Attorneys At Law
www.barrack.com



Leonard Barrack
Gerald J. Rodos
Daniel E. Bacine
William J. Ban'
Jeffrey A. Barrack
Stephen R. Basser*
Regina M. Calcaterra"
Chad A. Carder**
Jeffrey B. Gittleman**
Jeffrey W. Golan
John L. Haeussler*
Robert A. Hoffman**
M. Richard Komins
Lisa M. Lamb
Marisa C. Livesay*
Leslie Bornstein Molder
Mark R. Rosen***
Beth R. Targan
Pearlette V. Toussant
Samuel M. Ward*

Of Counsel:
Sheldon L. Albert
Donald C. Moss'

Admitted in PA, except:
* Admitted in CA
** Also admitted in NJ
*** Also admitted in CA & NJ
' Admitted in NY
" Also admitted in NY

Main Office
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
215.963.0600
215.963.0838 Fax

California Office
402 West Broadway
Suite 850
San Diego, CA 92101
619.230.0800
619.230.1874 Fax

New Jersey Office
14 Kings Highway West
Third Floor
Haddonfield, NJ 08033
856.354.0707
856.354.9404 Fax

New York Office
170 E. 61st Street
Second Floor
New York, NY 10021
212.688.0782
212.688.0783 Fax

April 25, 2005

**VIA FEDERAL EXPRESS**

Clerk of the United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    <u>Hatcher v. Pfizer, Inc.</u> (No. 05-Civ-00208) SLR

Dear Sir/Madam:

Enclosed is a courtesy copy of the following documents:

1. Notice of Related Actions; and

2. Certificate of Service.

These documents were filed with the Judicial Panel on Multidistrict Litigation, and the above-referenced action is the subject of a Motion to Transfer and Consolidate that is currently before the JPML in *In Re Bextra Marketing Litigation* (MDL No. 1693).

Respectfully submitted,

Pearlette V. Toussant

PVT/smk

Enclosures

cc:    Persons listed on Certificate of Service