

05cv208 SLR

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE BEXTRA MARKETING  :  MDL DOCKET NO. 1693
LITIGATION             :
                       :

NOTICE OF RELATED ACTIONS

Plaintiff ASEA/AFSCME Local 52 Health Benefits Trust ("Plaintiff") hereby notifies the Clerk of the following related actions:

1.  *Steamfitters' Industry Welfare Fund and Metal Trades Branch Welfare Fund v. Pfizer, Inc., Pharmacia Corp., and G.D. Searle & Co.*, No. 05 CV 3814 (RJH) (the "Steamfitters Action") filed on April 13, 2005 in the United States District Court for the Southern District of New York, and assigned to the Honorable Richard J. Holwell. A copy of the complaint is attached hereto as Exhibit A.

2.  *Linda A. Watters, Commissioner, Offices of Financial and Insurance Services for the State of Michigan in Her Capacity as Rehabilitator of the Wellness Plan and In her Capacity as Liquidator of Michigan Health Maintenance Organization Plans, Inc., Formerly Known as Omnicare Health Plan, Inc., Frankenmuth Financial Group, Inc. v. Pfizer, Inc., Pharmica Corp., and G.D. Searle & Co.*, No. 2:05CV71434 (RHC) (the

"Watters Action") filed on April 12, 2005 in the United States District Court for the Eastern District of Michigan, and assigned to the Honorable Robert H. Cleland. A copy of the complaint is attached hereto as Exhibit B.

The Steamfitters Action and the Watters Action share common questions of fact with the other actions that are the subject of Plaintiff's Motion to Transfer and Consolidation of Related Action to the Southern District of New York Pursuant to 28 U.S.C. § 1407, which was submitted to the Panel on April 18, 2005.

Dated: April 25, 2005

**BARRACK, RODOS & BACINE**

Regina M. Calcaterra (RC -3858)
170 E. 61st Street
Second Floor
New York, NY 10021
212/688-0782

- and --

By: _____
Leonard Barrack
Robert A. Hoffman
Jeffrey B. Gittleman
Pearlette V. Toussant
Chad A. Carder
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
215/963-0600
Attorneys for Plaintiff ASEA/AFSCME
Local 52 Health Benefits Trust and the
Proposed Class

2