IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONNIE L. HATCHER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 05-208(SLR) |
| v. | ) ) | |
| PFIZER INC., PHARMACIA CORP., and G. D. SEARLE & CO., | ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHTERWISE RESPOND TO THE COMPLAINT**

Upon consideration of Defendants' Motion for Extension of Time to Respond to the Complaint (the "Motion") it is hereby:

ORDERED, that the Motion is GRANTED and that Defendants have until June 2, 2005, to answer, move or otherwise respond to Plaintiff's Complaint.

Dated: _____, 2005

_____
United States District Court Judge