# Dugan & Browne
A Professional Law Corporation

Douglas R. Plymale, Ph.D.
Attorney at Law
(504) 648-0180
doug@duganbrowne.com

May 12, 2005

05cv208SLR

By Mail
Scanned

FILED 2005 MAY 19 PM 3:45 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

**Via Federal Express and Fax to: (202) 502-2888**

Kathy Maida
Chief Clerk of the Panel
Joint Panel on Multi-District Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

Re: In re Bextra and Celebrex Litigation
MDL Nos. 1693, 1694, and 1691

Dear Ms. Maida:

Please find enclosed a Proof of Service Revised May 12, 2005, with a revised List of Counsel, for the Motion to Transfer that my firm originally submitted to you on May 10, 2005.   Please note, per your instructions, no service was made on counsel in the following case, which has been closed:

*Stephens, etc, Plaintiffs, v. Merck & Co., Inc., et al, Defendants, U.S.D.C., Northern District of Georgia, C.A. 1-05-651; Judge Forrester.

If you need anything further, please don't hesitate to contact me . Thank you for your assistance. I remain,

Very truly yours,

Douglas R. Plymale, Ph.D.

cc: List of Counsel