

BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1691 |
| IN RE BEXTRA MARKETING AND SALES<br>PRACTICE LITIGATION | MDL DOCKET NO. 1693 |
| IN RE CELEBREX MARKETING AND SALES<br>PRACTICE LITIGATION | MDL DOCKET NO. 1694 |

**PROOF OF SERVICE REVISED MAY 12, 2005**

Pursuant to Rule 5.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and the Federal Rules of Civil Procedure, I do hereby certify that as of May 12, 2005 I have served true and correct copies of the following documents via U.S. Mail upon all parties in all actions involved as set forth on the accompanying List of Counsel:

1. MOTION TO TRANSFER AND CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407;

2. MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER AND CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407;

3. SCHEDULE OF ACTIONS INVOLVED PURSUANT TO 28 U.S.C. § 1407;

4.  **EXHIBITS IN SUPPORT OF MOTION TO TRANSFER AND CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407; and**

5.  **PROOF OF SERVICE REVISED MAY 12, 2005**

I further certify that on May 12, 2005, I caused a true and correct copy of this document, Proof Of Service Revised May 12, 2005, to be sent via overnight delivery for filing on May 13, 2005 with the clerk of the Judicial Panel on Multidistrict Litigation.

Respectfully submitted,

DUGAN & BROWNE, APLC

James R. Dugan, II, T.A.(LSBA No. 24785)
Douglas R. Plymale (LSBA No. 28409)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone:   (504) 648-0180
Facsimile:   (504) 648-0181

Art Sadin (TSBA 17508450)
SADIN LAW FIRM, P.C.
1104 S. Friendswood Drive, Ste A
Friendswood, TX 77546
Tel:   (281) 648-7711
Fax:   (281) 648-7799

Counsel for Plaintiffs in Betty A. Alexander and Allied Services Division Welfare Fund, on behalf of themselves and all others similarly situated, Representative Plaintiffs, v. Pfizer, Inc., Defendant, U.S.D.C., Eastern District of Louisiana, C.A. 05-1720

## LIST OF COUNSEL

Salvadore Christina
126 Colonial Heights
River Ridge, Louisiana 70123
**Attorneys for Plaintiff William D. Turner**

John R. Climaco
Keith T. Vernon
Climaco, Leftkowitz
Suite 900, The Halle Building
1228 Euclid Avenue
Cleveland, Ohio 44115-1891
**Attorneys for Plaintiffs Theresa Blatnik, John Blatnik, Alan Beach and Clementina Beach**

Michael C. Kelley
John A. Sivinski
Anthony Gallucci
Kelley & Ferraro
1300 E. Ninth Street, suite 1901
Cleveland, OH 44114
**Attorneys for Plaintiffs Theresa Blatnik, John Blatnik, Alan Beach and Clementina Beach**

Ronnie G. Penton
Law Office of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427
**Attorney for Plaintiffs Elmer E. Creel, Sr., and Linda Creel**

Calvin C. Fayard, Jr.
Wanda J. Edwards
Fayard & Honeycutt
519 Florida Avenue S.W.
Denham Springs, LA 70726
**Attorneys for Plaintiff Deborah Ann Woodberry**

Rebecca A. Cunard
Jewel E. "Trae" Welch
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809
**Attorneys for Plaintiff Ronald W. Abel, Individually and on behalf of Sheree L. Abel**

Richard J. Arsenault
Neblett, Beard & Arsenault
P. O. Box 1190
Alexandria, LA 71309-1190
**Attorneys for Plaintiff Yvonne Clark**

Stan M. Chesley
Waite, Schneider, Bayless & Chesley Co.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
**Attorneys for Plaintiff Yvonne Clark**

Virginia M. Buchanan
B. Kristian W. Rasmussen, III
Rachel M. Raymon
Matthew D. Schultz
316 South Baylen Street, Suite 600
Post Office Box 12308
Pensacola, FL 32591
**Attorneys for Plaintiff Marie McConnell**

Carlene Rhodes Lewis
Shelly Sanford
Goforth Lewis Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002
**Attorneys for Plaintiffs Ronald L. Baker and Sandra L. Baker**

Stephen B. Murray
Robert J. Diliberto
Dominick F. Impastato
Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70112-4000
**Attorneys for Plaintiffs George Hoffman, Helen Anne Todoni, and Terry Bridges**

Jeffrey B. Gittleman
Barrack, Rodos & Bacine
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
**Attorney for Plaintiffs ASEA/AFSCME Local 52 Health Benefits Trust**

Jeffrey S. Goddess
Rosensthal, Monhait, Gross & Goddess
Mellon Bank Center
Suite 1401
P. O. Box 1070
Wilmington, DE 19899
**Attorney for Plaintiff Ronnie L. Hatcher**

Steve Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
**Attorney for Plaintiffs Aurora Balloveras, California Public Interest Research Group, Inc., Cavalier Homes, Inc., Dorothy Greaves, Sarah Hare, Healthcare for All, Beatrice Howard, Georgia Katsanos, Rose Lohman, Michelle Madoff, Juditch C. Meredith, United Senior Action of Indiana, Inc., and Wisconsin Citizen Action**

Ben Barnow
Barnow & Associates, PC
One North LaSalle Street, Suite 4600
Chicago, IL 6062
**Attorney for Plaintiff Aurora Balloveras**

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510
**Attorney for Plaintiffs Kenneth Kaye, Catherine Bernardi, Shirley Rabinowitz, Bruce Palmer, John Gasparino and Frank Mastrio**

Garve Ivey, Jr.
Ivey & Ragsdale
315 West 19th Street
Jasper, AL 35502
**Attorney for Plaintiffs Healthcare for All, Wisconsin Citizen Action, United Senior Action of Indiana, Judith C. Meredith, Michelle Madoff, Rose Lohman and Cavalier Homes, Inc.**

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084
**Attorney for Plaintiffs Carol J. Aiola and Ronald J. Babin**

Thomas M. Sobol
David Scott Nalven
Hagens Berman Sobol Shapiro LLP
One Main Street, Fourth Floor
Cambridge, MA 02142
**Attorneys for Plaintiffs Healthcare for All, Wisconsin Citizen Action, United Senior Action of Indiana, June Swan, Beatrice Howard, Sarah Hare, Georgia Katsanos, Judith C. Meredith, Michelle Madoff, Rose Lohman, Cavalier Homes, Inc., Sheet Metal Workers' International Association Local No. 28 of Metropolitan New York and Long Island, Metal Trades Branch Welfare Fund, and Steamfitters' Industry Welfare Fund**

Pharmacia Corp
100 Rte. 206 North
Peapack, NJ 07977

Quentin F. Urquhart, Jr.
Camala E. Capodice
John W. Sinnott
Irwin Fritchie Urquhart & Moore, LLC
Texaco Center, 400 Poydras Street, Suite 2700
New Orleans, LA 70130
**Attorneys for Defendant Pfizer, Inc.**

Gregory A. Markel
Cadwalader, Wickersham & Taft, LLP
One world Financial Center
New York, NY 10281
**Attorney for Defendants G.D. Searle & Co., Pfizer, Inc. and Pharmacia Corp.**

Charles S Zimmerman
Ronald S Goldser
Zimmerman Reed PLLP
651 Nicollet Mall Ste 501
Minneapolis, MN 55402-4123
**Attorneys for plaintiffs Loretta M. Harris, Linda A. Watters, and Frankenmuth Financial Group, Inc.**

Ann Mandt
Jason J. Thompson
Charfoos & Christensen
5510 Woodward Avenue
Detroit, MI 48202
**Attorneys for plaintiffs Linda A. Watters and Frankenmuth Financial Group, Inc.**

G Kevin Buchanan
Buchanan & Burke
Premier Place
5910 N Central Expwy
Suite 200
Dallas, TX 75206
**Attorney for Plaintiff James Booker**

Clerks of Court for all United States District Courts listed in the attached Schedule of Actions