

Douglas R. Plymale, Ph.D.
Attorney at Law
(504) 648-0180
doug@duganbrowne.com

May 13, 2005

*05cv208SLR*

**Via Federal Express and Fax to: (202) 502-2888**

Kathy Maida
Chief Clerk of the Panel
Joint Panel on Multi-District Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

    Re:   In re Bextra and Celebrex Litigation
            MDL Nos. 1693, 1694, and 1691

Dear Ms. Maida:

    Please find enclosed a Proof of Service Revised May 13, 2005, with a revised List of Counsel, for the Motion to Transfer that my firm originally submitted to you on May 10, 2005.

    If you need anything further, please don't hesitate to contact me . Thank you for your assistance. I remain,

                                                              Very truly yours,

                                                              Douglas R. Plymale, Ph.D.

cc: List of Counsel