IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONNIE L. HATCHER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>PFIZER, INC., PHARMACIA CORP., AND G.D. SEARLE & CO.,<br><br>        Defendants. | )<br>)<br>)<br>)   C.A. No. 05-208-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants, by their undersigned counsel, hereby respectfully move for dismissal of Plaintiff Ronnie L. Hatcher's ("Hatcher") putative class action pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

The grounds for dismissal are more fully set forth in Defendants' Opening Brief In Support of Their Motion To Dismiss Plaintiff's Complaint For Failure to State a Claim Upon Which Relief Can Be Granted and For Failure to Plead Fraud With Particularity. A form of Order is attached hereto as Exhibit A.

OF COUNSEL:

James D. Arden
Benjamin R. Nagin
SIDLEY AUSTIN BROWN & WOOD LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Richard F. O'Malley, Jr.
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603

*Attorneys for Defendants*

Dated: June 2, 2005

POTTER ANDERSON & CORROON LLP

/s/ Richard L. Horwitz
By: _____
Richard L. Horwitz (#2246)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: rhorwitz@potteranderson.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I do hereby certify that, on June 2, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

>Jeffrey S. Goddess, Esq.
>Rosenthal, Monhait, Gross & Goddess, P.A.
>Suite 1401, 919 Market Street
>P.O. Box 1070
>Wilmington, DE  19899-1070

/s/ Richard L. Horwitz

Richard L. Horwitz (#2246)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
E-mail: rhorwitz@potteranderson.com