# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONNIE L. HATCHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., AND G.D. SEARLE & CO.,<br><br>Defendants. | )<br>)<br>) C.A. No. 05-208-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Court, having considered Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted and for Failure to Plead Fraud With Particularity, Defendants' Opening Brief in Support of Their Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted and for Failure to Plead Fraud with Particularity, any responses and replies thereto, any exhibits and appendices filed in connection with said pleadings, and any arguments of counsel, is of the opinion that the motion should be GRANTED.

It is, therefore, ORDERED, that Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted and for Failure to Plead Fraud with Particularity is hereby GRANTED.

Dated: _____, 2005.

_____
UNITED STATES DISTRICT JUDGE