IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONNIE L. HATCHER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-208-SLR |
| PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO., | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO EXTEND DEADLINE
FOR PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Plaintiff Ronnie L. Hatcher, and defendants Pfizer, Inc., Pharmacia Corp., and G.D. Searle & Co., by and through their attorneys, hereby stipulate and agree that plaintiff shall have until July 15, 2005 to file and serve his response in opposition to defendants' Motion to Dismiss Plaintiff's Complaint. Plaintiff will oppose defendants' motion on the merits by that date.

Dated June 16, 2005.

Wilmington, Delaware

**Rosenthal, Monhait, Gross & Goddess, P.A.**

By_____
Jeffrey S. Goddess, No. 630
**ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.**
919 Market Street, Suite 1401
PO Box 1070
Wilmington, DE 19899-1070
(302) 656-4433

**Hagens Berman Sobol Shapiro LLP**

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

Thomas M. Sobol
David S. Nalven
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, Fourth Floor
Cambridge, MA 02142
(617) 482-3700

*Attorneys for Plaintiffs*

Wilmington, Delaware

**Potter Anderson & Corroon LLP**

By _/s/ Richard L. Horwitz_
Richard L. Horwitz, #2246
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
PO Box 951
Wilmington, DE 19899
(302) 984-6000

**Sidley Austin Brown & Wood LLP**

James D. Arden, JA-8779
Benjamin R. Nagin, BN-0539
SIDLEY AUSTIN BROWN & WOOD LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

Richard F. O'Malley, Jr.
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Attorneys for Defendants*