IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONNIE L. HATCHER, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-208 SLR |
| PFIZER INC., PHARMACIA CORP. and G.D. SEARLE & CO., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Pursuant to the foregoing stipulation, it is hereby ORDERED that plaintiff shall have until July 15, 2005 to file and serve his response in opposition to defendants' Motion to Dismiss Plaintiff's Complaint.

Dated: _____, 2005

_____
Hon. Sue L. Robinson
United States District Judge