IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RONNIE L. HATCHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORP., AND G.D. SEARLE & CO.,<br><br>Defendants. | C.A. No. 05-208-SLR<br><br>**STIPULATION EXTENDING TIME** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, subject to the approval of the Court, that the time for Defendants to file their Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss is extended until August 1, 2005.

Dated: July 22, 2005

| | |
|---|---|
| ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. | POTTER ANDERSON & CORROON LLP |
| By: /s/ Jeffrey S. Goddess<br>Jeffrey S. Goddess<br>919 Market Street, Suite 1401<br>PO Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>E-mail: jgoddess@rmgglaw.com<br>Attorneys for Plaintiff | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>E-mail: rhorwitz@potteranderson.com<br>Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2005

_____
United States District Judge