**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| RONNIE L. HATCHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORP., AND G.D. SEARLE & CO.,<br><br>Defendants. | C.A. No. 05-208-SLR<br><br>**STIPULATION EXTENDING TIME** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for Plaintiff and Defendants, subject to the approval of the Court, that the time for

Defendants to file their Reply Memorandum of Law in Further Support of Defendants' Motion to

Dismiss is extended until August 8, 2005.

Dated: July 29, 2005

| ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: _____/s/ Jeffrey S. Goddess_____<br>Jeffrey S. Goddess (#630)<br>919 Market Street, Suite 1401<br>PO Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>E-mail: jgoddess@rmgglaw.com<br>Attorneys for Plaintiff | By: _____/s/ Richard L. Horwitz_____<br>Richard L. Horwitz (#2246)<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>E-mail: rhorwitz@potteranderson.com<br>Attorneys for Defendants |

SO ORDERED this_____ day of _____, 2005

_____
United States District Judge