# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:            [202] 502-2888

http://www.jpml.uscourts.gov

September 6, 2005

RECEIVED
SEP - 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule A of Order)

Dear Mr. Wieking:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A copy of Rule 1.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), which deals specifically with the transfer of files, is enclosed for your convenience. Also enclosed are a complete set of the Panel Rules and a copy of Chapter 7 of Volume 4 of the Clerks Manual, United States District Courts.

The Panel Clerk's Office maintains the only statistical accounting of multidistrict litigation traffic in the federal courts. These statistics are used by the Administrative Office of the United States Courts and the Judicial Conference. Therefore, your cooperation in keeping the Panel advised of the progress of this litigation would be appreciated. We are particularly interested in receiving the docket numbers assigned to each transferred action by your court; the caption and docket numbers of all actions originally filed in your district; and copies of orders regarding appointment of liaison counsel, settlements, dismissals, state court remands, and reassignments to other judges in your district.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 6 2005

FILED
CLERK'S OFFICE

## RELEASED FOR PUBLICATION

## DOCKET NOS. 1691, 1693, 1694 & 1699

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE BEXTRA AND CELEBREX PRODUCTS LIABILITY LITIGATION

## IN RE BEXTRA MARKETING AND SALES PRACTICES LITIGATION

## IN RE CELEBREX MARKETING AND SALES PRACTICES LITIGATION

## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

## BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,* ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

### TRANSFER ORDER

Before the Panel are five motions, pursuant to 28 U.S.C. § 1407, in these four dockets[1] that taken together seek centralization for coordinated or consolidated pretrial proceedings of all, or a subset of, these 31 actions,[2] in various federal districts. The moving MDL-1691 Louisiana plaintiffs seek centralization of the Bextra and Celebrex products liability actions in the Eastern District of Louisiana, while the moving Connecticut plaintiffs seek centralization of these actions in the District of Connecticut. The moving Southern New York MDL-1693 plaintiff seeks centralization of all Bextra and Celebrex actions in the Southern District of New York. The moving MDL-1694 plaintiffs seek separate centralization of the Bextra actions and the Celebrex actions in the District of Massachusetts before different judges. The moving MDL-1699 Louisiana plaintiffs seek centralization of all Bextra and Celebrex actions in the Eastern District of Louisiana. Most responding plaintiffs agree that centralization is appropriate, although some plaintiffs suggest alternative transferee districts, including the Northern District of California, the District of Delaware, the Southern District of Florida, the District of New Jersey, and the Southern District

---

* Judge Motz took no part in the decision of this matter.

[1] At the hearing session in these four dockets, the Panel heard combined oral argument. Accordingly, the overlapping issues raised in these dockets are addressed in this one order.

The Panel has been notified of more than 100 potentially related actions pending in multiple federal districts. In light of the Panel's disposition of these dockets, the additional actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

[2] One additional action, *James Booker v. Merck & Co., Inc., et al.*, N.D. Texas, C.A. No. 3:05-496, was included on the MDL-1691 and MDL-1699 motions. The Panel's decision regarding inclusion of this action in multidistrict proceedings will be addressed in a separate order.

- 2 -

of Texas. Defendant Pfizer Inc. (Pfizer) opposes centralization of the products liability actions, but supports centralization of the marketing/sales practices actions. Pfizer suggests coordination of this latter group of actions (and of the products liability actions, if the Panel deems centralization of these actions to be appropriate) with MDL-1688–*In re Pfizer Inc. Securities, Derivative and "ERISA" Litigation* in the Southern District of New York.

On the basis of the papers filed and hearing session held, the Panel finds that the actions in these four multidistrict dockets involve common questions of fact, and that Section 1407 centralization of all actions as one multidistrict docket (MDL-1699) in the Northern District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions focus on i) alleged increased health risks from taking Celebrex and/or Bextra, anti-inflammatory prescription medications, and ii) whether Pfizer, as the manufacturer of both medications, knew of these increased risks and failed to disclose them to the medical community and consumers and/or improperly marketed these medications to both of these groups. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary. Resolution of overlapping issues, concerning these similar prescription medications manufactured by the same company, will be streamlined. *See In re Managed Care Litigation*, 2000 U.S. Dist. LEXIS 15927 (J.P.M.L. Oct. 23, 2000).

Opponents of Section 1407 centralization of all actions in one multidistrict docket argue that the presence of unique questions of fact relating to each drug (Bextra and Celebrex) or to the type of claims asserted (products liability and marketing/sales practices) should produce a different result. These parties urge us, instead, to separately centralize these actions. We are unpersuaded by these arguments. Transfer under Section 1407 has the salutary effect of placing all actions before a single judge who can formulate a pretrial program that: 1) allows discovery with respect to any non-common issues to proceed concurrently with discovery on common issues, *In re Joseph F. Smith Patent Litigation*, 407 F.Supp. 1403, 1404 (J.P.M.L. 1976); and 2) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties. The transferee court can employ any number of pretrial techniques – such as establishing separate discovery and/or motion tracks – to efficiently manage this litigation. In any event, we leave the extent and manner of coordination or consolidation of these actions to the discretion of the transferee court. *In re Mutual Funds Investment Litigation*, 310 F.Supp.2d 1359 (J.P.M.L. 2004). We are confident in the transferee judge's ability to streamline pretrial proceedings in these actions, while concomitantly directing the appropriate resolution of all claims.

Given the geographic dispersal of constituent actions and potential tag-along actions, no district stands out as the geographic focal point for this nationwide docket. Thus we have searched for a transferee judge with the time and experience to steer this complex litigation on a prudent course. By centralizing this litigation in the Northern District of California before Judge Charles R. Breyer, we are assigning this litigation to a jurist experienced in complex multidistrict litigation and sitting in a district with the capacity to handle this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on the attached Schedule A and pending outside the Northern District of California are transferred to the

- 3 -

Northern District of California and, with the consent of that court, assigned to the Honorable Charles R. Breyer for coordinated or consolidated pretrial proceedings with the action pending there and listed on Schedule A.

IT IS FURTHER ORDERED that the actions in MDL-1691, MDL-1693 and MDL-1694 are merged into MDL-1699–*In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation.*

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

## SCHEDULE A

MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability
Litigation

Northern District of Alabama

*Darryl Blue, etc. v. Pfizer, Inc.*, C.A. No. 2:05-464
*Martha Ann Lemond, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:05-691

District of Arizona

*Dorothy Greaves v. Pfizer, Inc., et al.*, C.A. No. 2:05-647

Central District of California

*John Bolwell, et al. v. Pfizer, Inc.*, C.A. No. 2:05-1967

Northern District of California

*June Swan, et al. v. Pfizer, Inc., et al.*, C.A. No. 3:05-834

District of Connecticut

*Kenneth Kaye, et al. v. Pfizer, Inc.*, C.A. No. 3:05-385
*Irene Bailey, et al. v. Pfizer, Inc., et al.*, C.A. No. 3:05-386

District of Delaware

*Ronnie L. Hatcher v. Pfizer, Inc., et al.*, C.A. No. 1:05-208 SLR

Northern District of Florida

*Marie McConnell v. Pfizer, Inc.*, C.A. No. 3:05-123

Southern District of Florida

*Aurora Balloveras v. Pfizer, Inc.*, C.A. No. 1:05-20429

Eastern District of Louisiana

*Gloria Ward v. Pfizer, Inc.*, C.A. No. 2:04-3469
*Elmer E. Creel, Sr., et al. v. Pfizer, Inc.*, C.A. No. 2:04-3470
*Carol J. Aiola v. Pfizer, Inc.*, C.A. No. 2:05-1207

- A2 -

*Ronald J. Babin v. Pfizer, Inc.*, C.A. No. 2:05-1208
*Deborah Ann Woodberry v. Pfizer, Inc.*, C.A. No. 2:05-1350
*Terry Bridges v. Pfizer, Inc.*, C.A. No. 2:05-1353
*George Hoffman v. Pfizer, Inc.*, C.A. No. 2:05-1354
*Helen Anne Todini v. Pfizer, Inc.*, C.A. No. 2:05-1367
*Betty A. Alexander, et al. v. Pfizer, Inc.*, C.A. No. 2:05-1720

#### Middle District of Louisiana

*Ronald W. Abel, etc. v. Pfizer, Inc.*, C.A. No. 3:05-258

#### Western District of Louisiana

*William Doss Turner v. Pfizer, Inc.*, C.A. No. 1:05-619
*Yvonne Clark v. Pfizer, Inc.*, C.A. No. 1:05-620

#### District of Massachusetts

*Health Care for All, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:05-10707

#### Eastern District of Michigan

*Linda A. Watters, et al. v. Pfizer, Inc., et al.*, C.A. No. 2:05-71434

#### District of Minnesota

*Loretta M. Harris v. Pfizer, Inc.*, C.A. No. 0:05-728

#### Eastern District of New York

*Melissa Kelly, et al. v. Pfizer, Inc.*, C.A. No. 1:05-949

#### Southern District of New York

*ASEA/AFSCME Local 52 Health Benefits Trust v. Pfizer, Inc., et al.*,
   C.A. No. 1:05-3803
*Steamfitters' Industry Welfare Fund, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:05-3814
*Sheet Metal Workers' International Assn. v. Pfizer, Inc., et al.*, C.A. No. 1:05-4125

#### Northern District of Ohio

*Theresa Blatnik, et al. v. Pfizer, Inc.*, C.A. No. 1:05-900

- A3 -

<u>Southern District of Texas</u>

*Ronald L. Baker, et al. v. Pfizer, Inc.*, C.A. No. 3:05-206

- 2 -

Your attention is also directed to Panel Rule 7.6, regarding termination and remand of transferred actions. Upon notification from your court of a finding by the transferee judge that Section 1407 remand of a transferred action is appropriate, this office will promptly file a conditional remand order.

For your information, I am enclosing a copy of the Panel Attorney Service List.

Very truly,

Michael J. Beck
Clerk of the Panel

By _Dana L. Stewart_
Deputy Clerk

Enclosures

cc w/all enclosures (Chapter 7 of Volume 4 of the Clerks Manual, U.S. District Courts, Rule 1.6, R.P.J.P.M.L., transfer order, Panel Attorney Service List, and complete Panel Rules):

|  | Transferee Judge: | Judge Charles R. Breyer |
|---|---|---|
| cc w/order only: | Transferee Chief Judge: | Judge Vaughn R. Walker |

cc w/order and Rule 1.6, R.P.J.P.M.L.:

|  | Transferor Clerk(s): | (See Attached List of Clerks) |
|---|---|---|
|  | Transferor Judge(s): | (See Attached List of Judges) |

JPML Form 33

INVOLVED JUDGES LIST
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Hon. Lance M. Africk
U.S. District Judge
C-405 Hale Boggs Federal Building
& U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Robert H. Cleland
U.S. District Judge
707 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Audrey B. Collins
U.S. District Judge
670 Edward R. Roybal
Federal Bldg. & Courthouse
255 East Temple Street
Los Angeles, CA 90012-3332

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Dee D. Drell
U.S. District Judge
U.S. District Court
P.O. Box 1071
Alexandria, LA 71309-1071

Hon. Stanwood R. Duval, Jr.
U.S. District Judge
C-368 Hale Boggs Federal Building
& U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Richard J. Holwell
U.S. District Judge
1950 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Adalberto Jordan
U.S. District Judge
Federal Courthouse Square, 8th Floor
301 North Miami Avenue
Miami, FL 33128

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550

Hon. Mark R. Kravitz
U.S. District Judge
307 Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Hon. Peter K. Leisure
Senior U.S. District Judge
1910 Daniel Patrick Moyniham
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Ivan L. Lemelle
U.S. District Judge
C-525 Hale Boggs Federal Building
& U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Mary Ann Vial Lemmon
U.S. District Judge
C-406 Hale Boggs Federal Building
& U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Marcel Livaudais, Jr.
Senior U.S. District Judge
C-405 Hale Boggs Federal Building
& U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Kathleen McDonald O'Malley
U.S. District Judge
16A Carl B. Stokes U.S.
Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1840

Hon. Frank J. Polozola
Chief Judge, U.S. District Court
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. G. Thomas Porteous, Jr.
U.S. District Judge
C-206 Hale Boggs Federal Building
& U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3325

Hon. Sue L. Robinson
Chief Judge, U.S. District Court
J. Caleb Boggs Federal Building
Lockbox 31
844 North King Street
Wilmington, DE 19801-3519

Hon. Roslyn O. Silver
U.S. District Judge
624 Sandra Day O'Connor U.S.
Courthouse
401 West Washington Street
Phoenix, AZ 85003-2146

Hon. Laura Taylor Swain
U.S. District Judge
1205 Thurgood Marshall
U.S. Courthouse, 40 Centre Street
New York, NY 10007-1501

Hon. David G. Trager
U.S. District Judge
224 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Stefan R. Underhill
U.S. District Judge
411 Brien McMahon Federal Bldg.
& U.S. Courthouse
915 LaFayette Boulevard
Bridgeport, CT 06604-4706

Hon. Sarah S. Vance
U.S. District Judge
C-255 Hale Boggs Federal Bldg.
& U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. C. Roger Vinson
Senior U.S. District Judge
517 U.S. Courthouse
One North Palafox Street
Pensacola, FL 32502

Hon. Vaughn R. Walker
Chief Judge, U.S. District Court
Phillip Burton United States Courthouse
17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Douglas P. Woodlock
U.S. District Judge
4110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

INVOLVED CLERKS LIST
DOCKET NO. 1699
BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Michael N. Milby, Clerk
P.O. Box 2300
Galveston, TX 77553-2300

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Bldg.
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

Richard H. Weare, Clerk
130 Sandra Day O'Connor U.S. Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert H. Shemwell, Clerk
P.O. Box 1269
Alexandria, LA 71309-1269

Sarah Thornton, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafax Street
Pensacola, FL 32501-5625

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**                                         Page 1

Docket: 1699 - In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation
Status: Transferred on 09/06/2005
Transferee District: CAN    Judge: Breyer, Charles R.                                         Printed on 09/06/2005

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Armstrong, Allan L.<br>Woolley Law Firm<br>2013 First Avenue, North<br>Suite 450<br>Birmingham, AL 35203 | => Peterman, Barbara |
| Arsenault, Richard J.<br>Neblett, Beard & Arsenault<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309 | => Clark, Yvonne* |
| Becnel, Jr., Daniel E.<br>Law Offices of Daniel E. Becnel, Jr.<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084-2095 | => Aiola, Carol J.*; Babin, Ronald J.* |
| Berman, Steve W.<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101 | => Balloveras, Aurora*; California Public Interest Research Group, Inc.*; Cavalier Homes, Inc.*; Greaves,<br>Dorothy*; Hare, Sarah*; Health Care for All*; Howard, Beatrice*; Katsanos, Georgia*; Lohman, Rose*;<br>Madoff, Michelle*; Meredith, Judith C.*; Sheet Metal Workers International Union, Local #28*; Swan,<br>June*; United Senior Action of Indiana, Inc.*; Wisconsin Citizen Action* |
| Birchfield, Jr., Andy D.<br>Beasley, Allen, Crow, Methvin, Portis & Miles, PC<br>P.O. Box 4160<br>Montgomery, AL 36103-4160 | => Eckols, Lula*; Magee, Bettye J.*; McMillan, Louise*; Sykes, Melissa* |
| Buchanan, George Kevin<br>Buchanan & Burke, LLP<br>200 Premier Place<br>5910 North Central Expressway<br>Dallas, TX 75206 | => Booker, James |
| Buchanan, Virginia M.<br>Levin Papantonio Thomas, et al.<br>316 South Baylen Street, Suite 600<br>P.O. Box 12308<br>Pensacola, FL 32591 | => McConnell, Marie* |
| Christina, Jr., Salvadore<br>126 Colonial Heights<br>River Ridge, LA 70123 | => Turner, William Doss* |
| Clark, Lawrence B.<br>Adams & Reese/Lange Simpson, LLP<br>2100 Third Avenue North<br>Concord Center, Suite 1100<br>Brimingham, AL 35203-3367 | => Monsanto Co.; Pharmacia & Upjohn Co.; Pharmacia & Upjohn Co., LLC |
| Climaco, John R.<br>Climaco, Lefkowitz, Peca, Wilcox & Garofoli<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, OH 44115-1891 | => Beach, Alan; Beach, Clementina; Blatnik, John; Blatnik, Theresa |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Colingo, Joseph R.<br>Williams, Heidelberg, et al.<br>P.O. Box 1407<br>711 Delmas Avenue<br>Pascagoula, MS 39568-1407 | => Stewart, Dr. Reginald |
| Cunard, Rebecca A.<br>Cunard Law Firm<br>9214 Interline Avenue<br>Baton Rouge, LA 70809 | => Abel (Ind./Behalf-Sheree L.), Ronald W.* |
| Davis, D. Frank<br>Davis & Norris, LLP<br>One Highland Place, Suite 100<br>2151 Highland Avenue<br>Birmingham, AL 35205 | => Blue (Adm./Est.-Otha B.), Darryl |
| Dugan, II, James R.<br>Dugan & Brown, PLC<br>650 Poydras Street<br>Suite 2150<br>New Orleans, LA 70130 | => Alexander, Betty A.*; Allied Services Division Welfare Fund* |
| Dutton, Thomas E.<br>Pittman, Hooks, Dutton, Kirby & Hellums, PC<br>Park Place Tower<br>Suite 1100<br>2001 Park Place North<br>Birmingham, AL 35203 | => Lemond, Martha Ann |
| Edmonson, Richard M.<br>Armstrong Allen, PLLC<br>4450 Old Canton Road<br>Suite 210<br>Jackson, MS 39211 | => Fred's Express |
| Fayard, Jr., Calvin C.<br>Fayard & Honeycutt<br>519 Florida Avenue, SW<br>Denham Springs, LA 70726 | => Woodberry, Deborah Ann* |
| Flowers, R. Allen<br>Flowers Law Firm<br>341 North 25th Avenue<br>Hattiesburg, MS 39401 | => Willis, M.D., Todd |
| Gittleman, Jeffrey B.<br>Barrack, Rodos & Bacine<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | => ASEA/AFSCME Local 52 Health Benefits Trust* |
| Goldser, Ronald S.<br>Zimmerman Reed<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis, MN 55402-4123 | => Harris, Loretta M.* |
| Haider, Nadeem<br>606 N. Jefferson Street | => Haider, M.D., Naeem |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Louisville, MS 39339<br>  *** Bad Address *** | |
| Henderson, Jay H.<br>Cruse, Scott, Henderson & Allen<br>2777 Allen Parkway<br>7th Floor<br>Houston, TX 77019-3005 | => Bander, Steven George; Dakota Medical Associates, PA; Liberty Healthcare Management, Inc. dba<br>Northeast Rehab |
| Hodges, Robert M.<br>Wise, Carter, Child & Caraway<br>P.O. Box 651<br>Jackson, MS 39205-0651 | => Mississippi Emergency Associates, P.A. |
| Howell, III, Jesse L.<br>Copeland, Cook, Taylor & Bush, P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | => Bonners Pharmacy* |
| Hughes, John F.<br>Wilkins, Stephens & Tipton<br>P.O. Box 13429<br>Jackson, MS 39236-3429 | => Reid, M.D., Richard |
| Johnson, Walter T.<br>Watkins & Eager<br>P.O. Box 650<br>Jackson, MS 39205-0650 | => G.D. Searle & Co.; Monsanto Co.; Pharmacia Corp. |
| Johnson, III, Whitman B.<br>Currie, Johnson, Griffin, Gaines & Myers<br>P.O. Box 750<br>Jackson, MS 39205-0750 | => Lee, M.D., Charles D. |
| Kelly, Brian<br>623 Beth Street<br>Bluffton, IN 46714 | => Kelly, Brian |
| Kelly, Melissa<br>623 Beth Street<br>Bluffton, IN 46714 | => Kelly, Melissa |
| Land, John W.<br>Bryan, Nelson, Randolph & Weathers<br>P.O. Drawer 18109<br>Hattiesburg, MS 39404-8109 | => Mettsave Drugs; Quitman Drug Co. |
| Leathers, Jeffrey D.<br>Greer, Pipkin, Russell, Dent & Leathers<br>P.O. Box 907<br>Tupelo, MS 38802 | => Community Discount Pharmacy* |
| Lewis, Carlene Rhodes<br>Goforth Lewis Sanford, LLP<br>1111 Bagby<br>Suite 2200<br>Houston, TX 77002 | => Baker, Ronald L.*; Baker, Sandra L.* |

Note: Please refer to the report title page for complete report scope and key.

Case 1:05-cv-00208-SLR    Document 20    Filed 09/08/2005    Page 15 of 16
*(Panel Attorney Service List for MDL 1,699 Continued)*

Page 4

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Luckett, Jr., William O.<br>Luckett Law Firm<br>P.O. Drawer 1000<br>Clarksdale, MS 38614-1000 | => Kroger Co. (The) |
| Markel, Gregory A.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 | => G.D. Searle & Co.*; G.D. Searle, LLC*; Pfizer Inc.*; Pharmacia Corp.* |
| McNamara, J. Leray<br>Copeland, Cook, Taylor & Bush, P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | => Ball, M.D., David*; Barr, M.D., William*; Hammock, M.D., B.L.; Line, M.D., Lance*; Newell, M.D., Bruce*; Peeler, M.D., J.G.*; Windham, M.D., Thomas* |
| Milam, S. Kirk<br>Hickman, Goza & Spragins, PLLC<br>P.O. Drawer 668<br>Oxford, MS 38655-0668 | => Gunn, M.D., Susan*; McIntosh, M.D., Cooper A.* |
| Murray, Stephen B.<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550, LL&E Tower<br>New Orleans, LA 70112-4000 | => Bridges, Terry; Hoffman, George; Todini, Helen Anne |
| Naylor, Eugene R.<br>Wise, Carter, Child & Caraway<br>600 Heritage Bldg.<br>401 East Capitol St.<br>P.O. Box 651<br>Jackson, MS 39205-0651 | => Patel, M.D., Pravin |
| O'Malley, Jr., Richard F.<br>Sidley, Austin, Brown & Wood, LLP<br>10 South Dearborn Street<br>48th Floor<br>Chicago, IL 60603 | => Pfizer Inc.* |
| Penton, Ronnie G.<br>Law Offices of Ronnie G. Penton<br>209 Hoppen Place<br>Bogalusa, LA 70427 | => Creel, Linda*; Creel, Sr., Elmer E.*; Ward, Gloria* |
| Skidmore, Jonathan B.<br>Fulbright & Jaworski, L.L.P.<br>Texas Commerce Bank Tower<br>2200 Ross Avenue<br>Suite 2800<br>Dallas, TX 75201-2784 | => Merck & Co., Inc.# |
| Sobol, Thomas M.<br>Hagens Berman Sobol Shapiro, LLP<br>One Main Street<br>4th Floor<br>Cambridge, MA 02142 | => Hatcher, Ronnie L.*; Metal Trades Branch Welfare Fund*; Steamfitters' Industry Welfare Fund* |
| Stacy, Robert F. | => Don's Pharmacy; Woods Drug Store |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Daniel, Coker, Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084 | |
| Stratton, Michael A.<br>Stratton Faxon<br>59 Elm Street<br>New Haven, CT 06510 | => Arroyo, Guillermina*; Bailey, Irene*; Baixauli, Antonia*; Bartee, Eleanor*; Bernardi, Catherine*; Curbelo, Carmen*; Digna, Saravia*; Dominguez, Ciro*; Ferrario, Rose Marie*; Gasparino, John*; Hawk, Cynthia*; Hendrickson (Ind./Adm./Est.-Edward), Sylvia*; Howland, Carol*; Kaye, Kenneth*; Kluth, Laura*; Koch, Jeanne*; Martinez, Nydia*; Mastrio, Frank*; Mastroianni, Nicholas*; Matyka, Virginia*; McAuliffe, Barbara*; McCellan, John*; Mendoza, Andrea*; Miller, George*; Munos, Armando*; Norris, Muriel*; Pacheo, Alicia*; Palmer, Bruce*; Parise, Edward*; Pasko, Edward*; Pasko, Sandra*; Rabinowitz, Shirley*; Reyes, Genoveva*; Reynolds, Elaine*; Roman, Confesora*; Shally, George*; Shields, Jennifer*; Sims, Kay*; Swanson, Elayne*; Syskowski, Henry*; Tiganello, David*; Tubbs, Beverly*; Van Duzer, Faith*; Walker, Robert*; Walton, Jon*; Wohlman (Ind./Adm./Est.-Simon), Sheila* |
| Tasker, John J.<br>Callahan, McCune & Willis<br>11755 Wilshire Boulevard<br>Suite 1200<br>West Los Angeles, CA 90025 | => Bolwell, John; Davis, Alane |
| Thomas, Casandra F.<br>514-C Woodrow Wilson Avenue<br>Jackson, MS 39213 | => Thomas, Cassandra Faye |
| Thompson, Jason J.<br>Charfoos & Christensen, P.C.<br>5510 Woodward Avenue<br>Detroit, MI 48202 | => Frankenmuth Financial Group, Inc.*; Watters, Linda A.* |
| Wade, Jr., Lawrence D.<br>Campbell, DeLong, Hagwood & Wade<br>P.O. Box 1856<br>Greenville, MS 38702-1856 | => Petilos, M.D., Salvador; Waller, M.D., Richard E. |
| Walker, Chris J.<br>Markow Walker, P.A.<br>P.O. Box 13669<br>Jackson, MS 39236-3669 | => Stone, M.D., Deck |