OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

8 September 2005

U.S. District Court
J. Caleb Boggs Federal Building
Lockbox 31
844 North King Street
Wilmington, DE 19801-3519

Re: MDL 05-1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Title of Case(s)
*Ronnie L. Hatcher v. Pfizer, Inc., et al.*

Your Case Number(s)
C.A. No. 1:05-208 SLR

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Charles R. Breyer for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos

If the case is an electronic case filing, please provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files of prior postings. We appreciate your prompt attention to this matter.

RECEIVED
SEP 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely yours,
Richard W. Wieking, Clerk

/s/

By: Rufino Santos
Deputy Clerk

Encl.