

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

September 9, 2005

VIA UPS DELIVERY
Richard W. Wieking, Clerk
Phillip Burton United States Courthouse
Northern District of California
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

C 05 3750

CRB

Re:   *MDL-1699, In re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation*

Dear Mr. Wieking:

In accordance with the Transfer Order of the Judicial Panel on Multidistrict Litigation, filed in the above referenced case on September 6, 2005, I am transferring Delaware Civil Case No. 1:05-208-SLR to the Northern District of California. Please find enclosed a certified copy of the docket sheet for this case.

Please note that this court began electronic filing as of March 1, 2005 thus all docket items filed in this case (D.I. 1-20) are available electronically on CM/ECF.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to the District Court of Delaware in the enclosed, self-addressed, envelope.

Sincerely,

Peter T. Dalleo, Clerk

By: *Rosanna L. DiMeo*
Deputy Clerk

RECEIVED SEP 2 2 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Enclosures

cc:   The Honorable Sue L. Robinson
      All counsel of record were noticed electronically